# United States District Court
## Southern District of Georgia

Stacy Waddell
_____
Plaintiff

v.

Eagles Landing Restaurants, LLC d.b.a IHOP; and ELI Restaurants, LLC
_____
Defendant

Case No. 4:24-cv-00128-RSB-CLR

Appearing on behalf of

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  28th  day of   August  , 2024 .

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Amy L. Gaffney

Business Address: STROM LAW FIRM L.L.C.
Firm/Business Name

6923 N Trenholm Road, Suite 200
Street Address

| Street Address (con't) | Columbia | SC | 29206 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

803-252-4800
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: agaffney@stromlaw.com